WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
Attorneys for *Plaintiff,*
*Deutsche Bank National Trust Company, as*
*Indenture Trustee of the Aames Mortgage*
*Investment Trust 2004-1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE OF THE AAMES MORTGAGE INVESTMENT TRUST 2004-1, <br><br> Plaintiff, <br><br> vs. <br><br> REO INVESTMENT ADVISORS V LLC; HERITAGE ESTATES HOMEOWNERS ASSOCIATION; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:17-cv-00694-JAD-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO HERITAGE ESTATES HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS** <br><br> [First Request] |

Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE OF THE AAMES MORTGAGE INVESTMENT TRUST 2004-1, (hereinafter "Deutsche Bank" or "Plaintiff"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Yanxiong Li, Esq., of the law firm of Wright, Finlay & Zak, LLP and Defendant, HERITAGE ESTATES HOMEOWNERS ASSOCIATION  (hereinafter "HOA" and collectively with "Deutsche Bank" as the "Parties"), by and through its attorneys of record, Wing Y. Wong, Esq. and Brian K. Walters, Esq., of the law firm of Gordon Rees, LLP hereby stipulate and agree to extend the deadline for Deutsche Bank to file its Opposition to HOA's Motion to Dismiss ("Motion") up to and including July 19, 2017.

1       Plaintiff filed its Complaint on March 8, 2017 [ECF No. 1], to which HOA responded by

2 filing a Motion to Dismiss on June 30, 2017 [ECF No. 21]. The current deadline for Plaintiff to

3 file its Opposition to HOA's Motion is July 14, 2017.

4       Since the HOA filed its Motion, the Parties were engaged in substantive discussions

5 regarding the prospect of staying or dismissing, without prejudice, Plaintiff's claims against the

6 HOA in this matter. Such a resolution would have avoided the need for further briefing by the

7 Parties. Regrettably, these discussions have recently reached an impasse. Plaintiff intends to file

8 a response to HOA's Motion as a result, and Parties are agreeable to allow Plaintiff a short

9 extension of time to adequately address the substantial arguments made in HOA's Motion.

10       Therefore, good cause exists for this short extension. This is the first request for an

11 extension of time and is not intended to cause delay or prejudice to any party.

12 Dated this 12th day of July, 2017.        Dated this 12th day of July, 2017.

13 WRIGHT, FINLAY & ZAK, LLP        GORDON & REES LLP

14

15

16 /s/ Yanxiong Li, Esq._____        /s/ Brian K. Walters, Esq._____
Yanxiong Li, Esq.        Brian K. Walters, Esq.

17 Nevada Bar No. 12807        Nevada Bar No. 9711
7785 W. Sahara Avenue, Suite 200        300 S. Fourth Street, Suite 1550

18 Las Vegas, Nevada 89117        Las Vegas, Nevada 89101
*Attorneys for Plaintiff, Deutsche Bank*        *Attorneys for Defendant, Heritage Estates*

19 *National Trust Company, as Indenture Trustee*    *Homeowners Association*

20 *of the Aames Mortgage Investment Trust 2004-*
*1*

21

                                             **ORDER**

22

23       Based on the foregoing Stipulation by and between the parties, and good cause

appearing, IT IS SO ORDERED.

24

25

Dated:\_\_ 7/12/2017    \_\_\_

26

27 _____
UNITED STATES DISTRICT COURT JUDGE

28