```
 1  WRIGHT, FINLAY & ZAK, LLP
    Dana Jonathon Nitz, Esq.
 2  Nevada Bar No. 0050
    Yanxiong Li, Esq.
 3  Nevada Bar No. 12807
    7785 W. Sahara Ave., Suite 200
 4  Las Vegas, NV 89117
    (702) 475-7964; Fax: (702) 946-1345
 5  yli@wrightlegal.net
    Attorneys for Plaintiff,
 6  Deutsche Bank National Trust Company, as
    Indenture Trustee of the Aames Mortgage
 7  Investment Trust 2004-1
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE OF THE AAMES MORTGAGE INVESTMENT TRUST 2004-1,<br><br>Plaintiff,<br><br>vs.<br><br>REO INVESTMENT ADVISORS V LLC; HERITAGE ESTATES HOMEOWNERS ASSOCIATION; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00694- JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF NEVADA ASSOCIATION SERVICES, INC.**<br><br>ECF No. 38 |

Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee of the Aames Mortgage Investment Trust 2004-1, (hereinafter "Deutsche Bank"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Yanxiong Li, Esq. of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Nevada Association Services, Inc. ("NAS"), by and through its attorneys of record, Christopher V. Yergensen, Esq. and Brandon E. Wood, Esq., hereby stipulate and agree as follows:

WHEREAS the above-captioned action concerns an the homeowner's association nonjudicial foreclosure sale on September 19, 2014 ("HOA Sale") involving certain real property located in Clark County, Nevada, commonly known as 2776 Jupiter Creek Street, Las Vegas, Nevada 89156 ("Property");

WHEREAS as a result of the HOA Sale, NAS collected proceeds in excess of the Heritage Estates HOA (the "Association")'s statutory lien. Such proceeds, less fees and costs incurred attempting to distribute the same, total $80,625.07 (the "Excess Proceeds");

WHEREAS Deutsche Bank filed its Complaint on March 8, 2017, alleging several causes of action against NAS in connection with the HOA Sale and the Property [ECF No. 1];

WHEREAS NAS hereby disclaims any interest in the Property and in the Excess Proceeds;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the causes of action in the Complaint against Defendant NAS is hereby dismissed *without prejudice*.

IT IS FURTHER STIPULATED AND AGREED that NAS agrees to distribute and deliver Excess Proceeds to Deutsche Bank on or before October 11, 2017. Deutsche Bank agrees to indemnify NAS, its officers, directors, employees, and/or agents from any and all claims, injuries, damages, losses or suits, including attorney's fees, arising out of or in connection with the distribution of the Excess Proceeds. Such agreement to indemnify shall be limited to the amount of the Excess Proceeds distributed.

IT IS FURTHER STIPULATED AND AGREED that NAS shall be bound by any final order, judgment or decree as to the validity and enforceability of the HOA Sale of the Property.

IT IS FURTHER STIPULATED AND AGREED that, in light of the unsettled law regarding the claims alleged in this Action by Deutsche Bank against NAS ("Claims"), that:

1. The period of time commencing of **January 6, 2017 (the "Effective Date")** and ending on the Termination Date (as that term is defined in paragraph 5 below), shall not be included in determining the applicability of any statute of limitations, laches, or any other defense based on lapse of time in any action or proceeding brought by Bank against the NAS with respect to the Claims;
2. Except as is set forth in the preceding paragraph, nothing in this Stipulation shall diminish or affect any defense available to any Party as of the date of this Stipulation, and this Stipulation shall not be deemed to revive any claim that is or was already barred as of the Effective Date, nor shall this Stipulation create any new claim against any Party

hereto. Nothing in this Stipulation, or in the circumstances that gave rise to this Stipulation shall be construed as an acknowledgement by any Party that any claim has or has not been barred, or is about to be barred, by the statute of limitations, laches, or other defense based on the lapse of time;

3. This Stipulation shall not operate as an admission of liability by any Party. Neither this Stipulation nor any action taken pursuant to this Stipulation shall be offered or received in evidence in any action or proceeding as an admission of liability or wrongdoing by any Party;

4. Any Party may terminate this Stipulation on thirty (30) days written notice to counsel for the other Parties. The Termination Date shall be the first business day following thirty (30) days after a Party has provided written Notice of Termination pursuant to this paragraph;

5. This Stipulation comprises the entire agreement of the Parties with respect to the tolling of any statute of limitations. This Stipulation may be modified, amended, or supplemented only by a written instrument signed by all of the Parties;

IT IS FURTHER STIPULATED AND AGREED that NAS will provide to Deutsche Bank's counsel, on or before October 30, 2017 each of the following:

1. NAS' lien, collection and foreclosure files, cover to cover, with respect to real property commonly known as 2776 Jupiter Creek Street, Las Vegas, NV 89156;
2. All communications in NAS' possession by and between the parties of this action with each other and with Deutsche Bank, and all persons or entities purporting to act for Deutsche Bank, before and after the NAS Sale conducted on September 19, 2014;

IT IS FURTHER STIPULATED AND AGREED that upon request by Deutsche Bank or its successor-in-interest, NAS shall produce a knowledgeable witness for deposition regarding the facts and circumstances in this case. Deutsche Bank or its successor-in-interest shall provide NAS with at least 30 days' notice of the deposition and coordinate the time, date and location with NAS;

IT IS FURTHER STIPULATED AND AGREED that each side will bear its own attorney's fees and costs.

IT IS SO STIPULATED AND AGREED.

| WRIGHT, FINLAY & ZAK, LLP | NEVADA ASSOCIATION SERVICES, INC. |
|---|---|
| /s/ Yanxiong Li, Esq.<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Yanxiong Li, Esq.<br>Nevada Bar No. 12807<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee of the Aames Mortgage Investment Trust 2004-1* | /s/ Brandon E. Wood, Esq.<br>Christopher V. Yergensen, Esq.<br>Nevada Bar No. 6183<br>Brandon E. Wood, Esq.<br>Nevada Bar No. 12900<br>6224 W. Desert Inn Rd.<br>Las Vegas, NV 89146<br>*Attorneys for Defendant, Nevada Association Services, Inc.* |

### ORDER

Based on the foregoing Stipulation by and between the parties, and good cause appearing, IT IS SO ORDERED.

Dated: 10-10-17

_____
UNITED STATES DISTRICT COURT JUDGE